IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE FOY,

       Plaintiff,                   No. CIV S-07-1537 FCD DAD P

    vs.

UNKNOWN,

       Defendants.           <u>ORDER</u>

          Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of August 1, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

          1. Plaintiff's August 23, 2007 request for an extension of time is granted; and

          2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: August 31, 2007.

_(signed)_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
foy1537.36ifp